1180

No. 05–7833. MENDOZA v. McCARGER ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–7836. SCRUGGS v. BUSS ET AL. C. A. 7th Cir. Certiorari denied.

No. 05–7844. ARLINE v. TRUE, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 05–7849. AVERY v. CAMPBELL, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–7852. BEARD v. KRAMER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–7856. BOWLING v. SIMPSON, WARDEN; and
No. 05–8266. BOWLING v. SIMPSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–7860. FRANCO v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–7862. GEORGE v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 05–7863. HAMILTON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 05–7866. FORD v. APPELLATE DIVISION, SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 05–7873. HARRIS v. UCHTMAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 05–7877. CARTER, AKA TONEY v. FRITO-LAY, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–7879. COOKE v. SUMMERS, ATTORNEY GENERAL OF TENNESSEE. C. A. 6th Cir. Certiorari denied.

No. 05–7881. ESQUIVEL CASTANEDA, AKA CASTANEDA v. TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.